UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MURRAY,  )  <br>  ) <br>  Plaintiff,  ) <br>  ) <br>  v.  ) <br>  ) <br>  GEORGE BUSH,  ) <br>  ) <br>  Defendant.  ) | Case: 1:14-cv-02172 <br> Assigned To : Unassigned <br> Assign. Date : 12/22/2014 <br> Description: Pro Se Gen. Civil |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed.

The plaintiff has filed – and lost – an employment discrimination suit against her former employer and former supervisor in the United States District Court for the Eastern District of Wisconsin. *See Murray v. Maysteel Corp.*, No. 2:03-cv-1042 (E.D. Wisc. filed Jan. 28, 2004) (dismissing action with prejudice as time-barred), *aff'd*, 111 F. App'x 432 (7th Cir. 2004); *see also Murray v. Bush*, No. 06-C-0781, 2007 WL 2207909 (E.D. Wisc. July 30, 2007). That court also has imposed a filing ban and has directed her to "cease her repeated filings requesting that the Court lift the filing ban so she may litigate the same or similar claims that she has litigated against Maysteel and Bush." Compl., Ex. (Decision and Order, *Murray v. Bush*, No. 06-C-781 (E.D. Wisc. filed Aug. 27, 2013) at 2).

Insofar as the plaintiff's claims have been litigated in a prior civil action, the Court dismisses this action. *See Allen v. McCurry,* 449 U.S. 90, 94 (1980) ("A final judgment on the

merits of an action precludes the parties or their privies from relitigating issues that were or could have been raised in that action."). Furthermore, the plaintiff's apparent effort to evade the filing ban will not be tolerated. *Cf. Book v. Mendoza*, No. 3:07-cv-1468, 2012 WL 201732, at *4 (D. Conn. Jan. 23, 2012) (recognizing plaintiff's "current effort to circumvent this [filing] ban, approaching the Court by letter"); *McNeil v. United States*, No. CV-05-211, 2005 WL 1915842, at *1 (E.D. Wash. Aug. 9, 2005) ("In yet another effort to circumvent the pre-filing review orders issued by this court, plaintiff filed an action in the United States District Court for the Middle District of Florida. That action has now been transferred here . . . .").

An Order is issued separately.

/s/ Ketanji B. Jackson
United States District Judge

DATE: 12/19/14